Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

RECEIVED

NOV - 9 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

# UNITED STATES DISTRICT COURT
for the

District of

Division

| | |
|---|---|
| Steve Hutchinson | Case No. 1:20CV901 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Jury Trial: *(check one)* ☒ Yes ☐ No |
| City of Middletown, Ohio et. al. | J. BLACK |
| Sgt. Raquib Ahmed Middletown P.D. et. al. | |
| Ofc. Minic Badge # 553 Middletown P. D. et. al. | MJ. LITKOVITZ |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Steve Hutchinson |
   | Address | 122 North 6th St. Apt # 312 |
   | | Hamilton, Ohio 45011 |
   | | *City   State   Zip Code* |
   | County | Butler County |
   | Telephone Number | (513) 250-1625 |
   | E-Mail Address | HutchStevenson1@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | City of Middletown, Ohio |
   | Job or Title *(if known)* | Municipality |
   | Address | 1 Donham Plaza |
   | | Middletown, Ohio 45042 |
   | | *City   State   Zip Code* |
   | County | Butler County |
   | Telephone Number | (513) 425-7766 |
   | E-Mail Address *(if known)* | |

   ☐ Individual capacity    **X** Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Sgt. Raquib Ahmed |
   | Job or Title *(if known)* | Sgt. w/ Middletown P. D. |
   | Address | 1 Donham Plaza |
   | | Middletown, Ohio 45042 |
   | | *City   State   Zip Code* |
   | County | Butler County |
   | Telephone Number | (513) 425-7766 |

E-Mail Address *(if known)* _____

☐ Individual capacity     **X** Official capacity

**Defendant No. 3**
    Name     Ofc. Minic Badge # 553
    Job or Title *(if known)*     Officer w/ Middletown P. D.
    Address     1 Donham Plaza

| City | State | Zip Code |
|---|---|---|
| Middletown | Ohio | 45042 |

    County     Butler County
    Telephone Number     (513) 425-7766
    E-Mail Address *(if known)*

☐ Individual capacity     **X** Official capacity

**Defendant No. 4**
    Name
    Job or Title *(if known)*
    Address

| City | State | Zip Code |
|---|---|---|
|  |  |  |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

       ☐ Federal officials (a *Bivens* claim)

       **X** State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

> Violation of my 14th Amendment and 4th amendment rights, false arrest, police misconduct, obsessive force and rights to due process not followed.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> I was falsely arrested on November 11th, 2018 by officer Minic who also used excessive force and arrested/cited me after giving me an ultimatum/blackmailing me, a little later that evening after my encounter with officer Minic I went to the police department, spoke with Sergeant Raquib Ahmed 2 refused to allow me to file complaint against the officer even going so far as to say he would make sure that it would end up in the trash and not filed because he would throw it away. I was acquitted and all charges dismissed without prejudice in the first 30-60 seconds of the beginning of my trial on 12/07/2018 by the prosecutor.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

> Middletown Ohio U.S.A.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

> 11/11/2018 at approximately 8:00 pm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was falsely arrested on November 11th, 2018 by officer Minic who also used excessive force and arrested/cited me after giving me an ultimatum/blackmailing me, a little later that evening after my encounter with officer Minnick I went to the police department, spoke with Sergeant Raquib Ahmed 2 refused to allow me to file complaint against the officer even going so far as to say he would make sure that it would end up in the trash and not filed because he would throw it away. I was acquitted and all charges dismissed without prejudice in the first 30-60 seconds of the beginning of my trial on 12/07/2018 by the prosecutor. I had a failed attempt to settle this outside of court and was told by Kim Link of Perso who represented City of Middletown and stated that they felt that there was no claim, the officer did nothing wrong, that I was being dishonest and was only found not guilty because the city just wanted to "get it over with".

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My American civil rights were violated, I had to spend time traveling to and from Middletown Ohio for court appearances, time at court, money spent in order to get transportation to and from each scheduled court date, mental anguish and stress due to fear of potential punishment if found guilty, future hurdles that could arise from negative background checks, if I would have been convicted of this crime it would have prevented me from obtaining government housing which I desperately needed, time and money to obtain transportation to return to Middletown, Ohio in order to request charge be removed from my permanent record and any and all travel related to having this record Expunged.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking the court to Grant my demand of $860,000 to cover all actual money damages, actual damages and punitive damages. I also I'm asking the court to Grant my demand of disciplinary action up to and including termination of all police officers/supervising officers involved with the incident/violation.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/05/2020

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Steve Hutchinson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

Address _____
         _____
         _____  _____  _____
         *City*              *State*   *Zip Code*

Telephone Number _____
E-mail Address   _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Steve M. Hutchinson
(Enter Above the Name of the Plaintiff in this Action)

vs.

City of Middletown, Ohio et.al.
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Sgt. Raquib Ahmad et.al
Ofc. A.Minic Badge# 553 et.al

1:20CV901

J. BLACK

MJ. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Steve M. Hutchinson
Name - Full Name Please - PRINT

122 North 6th St. Apt #312
Street Address

Hamilton, OH 45011
City, State and Zip Code

(513) 250-1625
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Middletown, Ohio et, al,
   Name - Full Name Please

   One Donham Plaza Middletown, Ohio 45042
   Address: Street, City, State and Zip Code

2. Sgt. Rasquib Ahmed

   One Donham Plaza Middletown, Ohio 45042

3. Officer A. Minic Badge # 553

   One Donham Plaza Middletown, Ohio 45042

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On 11/11/2018, I traveled to Middletown, Ohio to purchase a Polaroid Tablet from a man off "LetGo" for $20. As I was looking it over the man offered me some marijuana for free to try out. I responded "that's cool" not accepting the offer and trying to steer clear. Post sale, the man was walking back to his house passing my passenger side window (it was down) and reached inside grabbing my last $15 out of cupholder and running inside. I called 9-1-1 informed dispatcher in entirety (including marijuana offer) and waited on Police. The officer didn't want to get my money for me and because I demanded him too charged me with M-4 Littering in lieu of drugs. (Did not have probable cause no search on me or my car) Because I informed him also about the marijuana offer he said that's why. During the detention officer reached in grabbing me and trying to yank me out of car because I didn't want to sign citation until he called Supervisor to scene (he never did) I agreed to sign he stopped and I headed to P.D. where Sgt. Ahmed refused to allow me to file complaint stating even if I do he will throw it away it will never be filed. Trial 12/7/18, I was found Not Guilty /charges dismissed w/o prejudice in under 60 seconds of trial beginning after saying just "Hello" to the Judge. They violated my 4th Amendment Being secure in my persons, due process, false arrest and silencing my credible complaint.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 1:19-cv-00545 | Hutchinson | vs. City of Fairfield P.D. et.al. |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Before filing, I attempted settling out of court with Middletown, Ohio and their Rep. from "Perso" - Kim Link quickly refused and was speaking to me as I was a liar. I'm demanding payment for damages in the amount of $860,000.00 or (Eight hundred and sixty thousand dollars), formal apology, agree for more officer training and to remove the record from me / erasing / deleting it from all databases.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of November 5th, 2020.

_____
Signature of Plaintiff

-4-

To whom it may concern, 11/05/2020

On the evening of 11/11/2018 aprx. 8pm I was in Middletown, OH to purchase a used Polaroid tablet off a man who listed one for $20. While checking the tablet out, I chit-chatted with the man briefly and during he offered me some marijuana for free/to sample. I did not accept the offer only replying "that's cool", after I paid for the tablet and before I got into my vehicle, that man reached in my passenger front window stealing my last $15.00 and ran into his house. I called 9-1-1 told operator everything listed above and waited for help. Officer A. Minic badge #553 arrived was rude from the start and did not want to help me, even going so far as to say if I pursued/insisted he help me he was going to charge me with loittering in lieu of drugs. I explained sir I need that money he stole, he walked to suspect's door knocked lightly with 2 knocks maybe 3 (I was less than 20 ft. away and didn't hear anything, waited 10 seconds and said well he didn't answer nothing I can do, then wrote me a citation for the M-1 offense. I requested a supervisor he refused, I said I don't want to sign unless I see supervisor. He grabbed my arm and yelled then I'll just fucking take you to jail! So I signed under duress and afterwards went to P.D. to see supervisor. I met Sgt. Raquib Ahmed who refused to let me file a complaint said even if I filled a form out he would throw it away to not waste my time and to leave. You will have your day in court! Officer Minic performed no search of me or vehicle even after I told him to because I was not committing the

the offense I was being charged with. He charged me because I said "that's cool" to the man offering me the free marijuana. I said it as if that's cool no thank you, I went to trial on 12/07/2018 and charges were dismissed without prejudice by prosecutor within 60 seconds of the beginning of the trial, the judge asked how I was and said hello, I said I'm fine your Honor and yourself? And that is when the prosecutor dismissed the charges. Officer Minic has had a negative history including a case where he kicked a man in the face and lied on the police report and stuck to the lie until his superior officer proved he was lying, his reason was he was scared to lose his job he has to pay child support. His punishment was 1 (One) day suspension that he was allowed to use a vacation day to cover this, covered by I-Team WCPO June, 2016. This is just a breif summmary of the events taken place between 11/11/2018 - 12/07/2018 in Middletown, Thank you for your time with this matter.

Sincerely,

Steve Hutchinson  11/05/2020