IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| STEVE HUTCHINSON, | : | Case No. 1:20-cv-901 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen Litkovitz |
| vs. | : | |
| | : | |
| CITY OF MIDDLETOWN, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 34),
OVERRULING OBJECTIONS, AND TERMINATING CASE**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 34), to whom this case is referred pursuant to 28 U.S.C. § 636(b).  The remaining claims are (1) alleged false arrest against Defendant Officer Andrew Minic in his individual capacity and (2) alleged deprivation of Plaintiff's First Amendment right to petition the government to redress a grievance against Defendant Sergeant Raqib Ahmed in his individual capacity.  (Doc. 4, Pg. ID 68; Doc. 34, Pg. ID 241.)

Defendants Ahmed and Minic filed a motion for summary judgment.  Magistrate Judge Litkovitz issued a Report and Recommendation, finding that Defendants did not violate Plaintiff's Fourth Amendment right to be free from false arrest or his First Amendment right to petition the government.  (Doc. 34, Pg. ID 252.)  Plaintiff filed objections.  He dismisses his case against Defendant Sgt. Ahmed.  He states, with

commendable courtesy, that he agrees with Magistrate Judge Litkovitz's findings. (Doc. 35, Pg. ID 255.) He advances several objections related to the false arrest claim.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court finds that Plaintiff's arguments are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** the motion for summary judgment (Doc. 28) and **TERMINATES** this matter from the docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND